**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 15−06152−hb                Chapter: 7

**In re:**

Gary Lee Blevins
aka Gary L Blevins, aka Gary Blevins

| Entered By The Court<br>2/29/16 | ORDER<br>DISCHARGE OF DEBTOR<br>ORDER DISCHARGING TRUSTEE<br>ORDER CLOSING CASE | **Filed By The Court**<br>**2/29/16**<br>Laura A. Austin<br>Clerk of Court<br>US Bankruptcy Court |
|---|---|---|

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:**

1. The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

2. The trustee has certified that the estate of the above−named debtor(s) has been fully administered, therefore, the case trustee, is discharged as the trustee of the above named debtors(s) and the bond is canceled.

3. The Chapter 7 case of the above−named debtor(s) is closed.

   **AND IT IS SO ORDERED.**

United States Bankruptcy Judge

SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                              District of South Carolina
```

In re:                                                              Case No. 15-06152-hb
Gary Lee Blevins                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0420-3        User: baker            Page 1 of 1           Date Rcvd: Feb 29, 2016
                            Form ID: 166BNC        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2016.
```
db              +Gary Lee Blevins,    113 Southbrook Drive,    Lexington, SC 29073-6923
542916323        ATTORNEY GENERAL OF UNITED STATES,    950 PENNSYLVANIA AVE, NW,   Washington DC 20530-0001
542916324       +BALTIC INDUSTRIES,    3 CARDINAL COURT, STE 548,   Hilton Head Island SC 29926-3411
542916325       +BREAD EXPRESS INC,    211 ECUM SECUM PLACE,    Conway SC 29527-6972
542916327       +CITIFINANCIAL,    605 MUNN RD E.,    Fort Mill SC 29715-8421
542916328       +DAVID GUNNELLS,    PO BOX 99,    Rodanthe NC 27968-0099
542916329       +DR SCHWEINMAN INC,    PO BOX 11565,    Charlotte NC 28220-1565
542916330       +HORRY COUNTY CLERK OF COURT,    1301 2ND AVENUE,    Conway SC 29526-5209
542916332       +KENNETH T DAVIES,    200 THE WILKIE HOUSE,    2112 EAST SEVENTH STREET,    Charlotte NC 28204-3338
542916334       +MECKLENBURG COUNTY CLERK OF COURT,    832 E 4TH STREET, STE 2132,    Charlotte NC 28202-2810
542916335       +PAUL SCHIMIDT,    2 STATION LOOP,    Bluffton SC 29910-9520
542916337       +RECEIVABLE SOLUTIONS,    1325 GARNERS LN,    STE C,    Columbia SC 29210-8327
542916339       +SEA TURTLE PIZZERIA,    108 BUCKWATER PARKWAY,    Bluffton SC 29910-4127
542916340       +THE AFFLIATED GROUP,    7381 AIRPORT VIEW,    Rochester MN 55902-1875
542916341       +THE HON REBECCA T TIN,    2850 ZEBULON AVENUE,    Charlotte NC 28208-3259
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr               EDI: QRFANDERSON.COM Feb 29 2016 22:58:00     Robert F. Anderson,    P.O. Box 76,
                  Columbia, SC 29202-0076
542916326        EDI: CAPITALONE.COM Feb 29 2016 22:58:00     CAPITAL ONE,   PO BOX 30281,
                  Salt Lake City UT 84130-0281
542916331        EDI: IRS.COM Feb 29 2016 22:58:00     IRS,   PO BOX 7346,    Philadelphia PA 19101-7346
542916333       +E-mail/Text: scockrell@lex-co.com Feb 29 2016 23:09:18     LEXINGTON COUNTY TREASURER,
                  212 S. LAKE DRIVE,    Lexington SC 29072-3499
542916338       +E-mail/Text: bankruptcy@sctax.org Feb 29 2016 23:09:14     SC DEPT OF REVENUE,   PO BOX 12265,
                  Columbia SC 29211-2265
542916342       +E-mail/Text: USASC-Bankruptcy@usdoj.gov Feb 29 2016 23:09:21     US ATTORNEY'S OFFICE,
                  ATTN DOUG BARNETT,    1441 MAIN ST STE 500,    Columbia SC 29201-2862
542916343        EDI: VAND.COM Feb 29 2016 22:58:00     VANDERBILT MORTGAGE,    500 ALCOA TRAIL,
                  Maryville TN 37804-5516
                                                                                             TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
542916336    ##+QUANTUM SERVICES,    6302 E MARTIN LUTHER DRIVE, STE 300,    Tampa FL 33619-1166
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 29, 2016 at the address(es) listed below:
```
              Jason T. Moss    on behalf of Debtor Gary Lee Blevins jane@mossattorneys.com
              Robert F. Anderson    firm@andersonlawfirm.net, randerson@ecf.epiqsystems.com
              US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                             TOTAL: 3
```